SOL ARON et al., appellants,

*v.*

RIALTO REALTY COMPANY, INCORPORATED, et al.,
respondents.

[Decided February 6th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Abraham M. Herman,* for the appellants.

*Mr. William N. Becker,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *100 N. J. Eq. 513.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.

*For reversal*—None.